UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

___

JOEL AGUILAR #950311,

    Plaintiff,

v.

K. PELKY et al.,

    Defendants.
_____/

Case No. 2:23-cv-111

Honorable Jane M. Beckering

## ORDER

This is a civil rights action brought by a *pro se* state prisoner under 42 U.S.C. § 1983. On June 17, 2024, an early mediation conference took place involving Plaintiff. As a result of that mediation conference, the parties have agreed to settle the matter in its entirety. (ECF No. 13).

Accordingly,

**IT IS ORDERED** that this case is **DISMISSED**.

**IT IS FURTHER ORDERED** that the remainder of the filing fee, owed by Joel Aguilar #950311 in this case, shall be waived, and the MDOC shall no longer collect the remaining filing fee in this case.

**IT IS SO ORDERED**.


Dated: June 21, 2024

/s/ Jane M. Beckering
Jane M. Beckering
United States District Judge